IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRISTOPHER ROGERS                                                                   PLAINTIFF

v.                                         Case No. 2:24-cv-2063

SHERIFF TOM HUGHES and
JOHNSON COUNTY, ARKANSAS                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 12, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18. Judge Ford recommends that Defendants' Motion for Leave to File Answer Out of Time (ECF No. 11) be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 18) *in toto*. Accordingly, Defendants' Motion for Leave to File Answer Out of Time (ECF No. 11) is **GRANTED**. Defendants must file their answer on or before **October 28, 2024**.

**IT IS SO ORDERED**, this 22nd day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge